**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Riding Films, Inc., | No. CV13-00299-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| John and Jane Does I-CCL, and Black and White Companies I-CCL, | |
| Defendants. | |

Pending before the Court are two motions: Plaintiff's motion to extend service deadline (Doc. 10) and Plaintiff's motion for leave to amend (Doc. 11).

**IT IS ORDERED:**

1. Plaintiff's motion for leave to amend to name alternative defendant (Doc. 11) is **granted**. Plaintiff may pursue its current claims as to Doe Defendant 224 as to IP address 71.209.190.225. All other Defendants remain dismissed pursuant to the Court's order dated May 16, 2013. Doc. 7.

2. Plaintiff's motion to extend service deadline (Doc. 10) is **granted**. The deadline for service of process is extended for a period of **30 days**. The service deadline shall be **September 12, 2013.**

Dated this 12th day of August, 2013.

_____
David G. Campbell
United States District Judge